IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
(WESTERN DIVISION)

| | | |
|---|---|---|
| JAMES AND PHYLLIS SHAFFER, | ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiffs, | ) | |
| | ) | 4:18-cv-00601-NKL |
| v. | ) | |
| | ) | |
| HEALTH ACQUISITION COMPANY, LLC, | ) | |
| EMPOWER H.I.S., LLC, PAUL L. NUSBAUM, | ) | |
| STEVEN F. WHITE and JORGE A. PEREZ | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| HMC/CAH CONSOLIDATED, INC, | ) | |
| | ) | |
| Nominal-Defendant. | ) | |
| _____ | ) | |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT, BY DEFENDANTS HEALTH ACQUISITION COMPANY, LLC, EMPOWER H.I.S., LLC, PAUL L. NUSBAUM, STEVEN F. WHITE AND JORGE A. PEREZ**

**TAKE NOTICE** that Defendants Health Acquisition Company, LLC, Empower H.I.S., LLC, Paul L. Nusbaum, Steven F. White and Jorge A. Perez (collectively, "Defendants"), by and through counsel, hereby move for an Order dismissing this matter pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2), Fed. R. Civ. P. 12(b)(3) and Fed. R. Civ. P. 12(b)(6), relief under Fed. R. Civ. P. 19, and/or for a more definite statement pursuant to Fed. R. Civ. P. 12(e).

As grounds therefor, Defendants will rely upon the First Amended Complaint filed by Plaintiff [D.E. #21] as well as Defendants' Memorandum of Law submitted contemporaneously with this Motion.

WHEREFORE, Defendants respectfully request the Court to grant the relief requested herein, together with such other, further and different relief the Court deems just, proper and equitable under the circumstances.

Respectfully submitted, this 20th day of November, 2018.

          CHAPMAN AND COWHERD, P.C.

By: */s/ Lauren A. Horsman*
Lauren A. Horsman – Mo Bar No. 60982
903 Jackson – P.O. Box 228
Chillicothe, MO 64601
Telephone: 660-646-0627
Telefax: 660-646-1105
E-mail: lhorsman@ccttlaw.com
ATTORNEY FOR DEFENDANTS
HEALTH ACQUISITION COMPANY, LLC, EMPOWER H.I.S., LLC, PAUL L. NUSBAUM, STEVEN F. WHITE and JORGE A. PEREZ

FMS LAWYER PL

By: */s/ Frank Smith*
Frank Smith – FL Bar No. 069681
9900 Stirling Road, Suite 226
Cooper City, FL 33024
Telephone: 954-985-1400
Telefax: 954-241-6947
Email: frank.smith@fmslawyer.com
ATTORNEY FOR DEFENDANTS
HEALTH ACQUISITION COMPANY, LLC, EMPOWER H.I.S., LLC, PAUL L. NUSBAUM, STEVEN F. WHITE and JORGE A. PEREZ
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via the Court's ECF system to:

*COUNSEL OF RECORD FOR PLAINTIFFS*

Page 2 of 3
Case 4:18-cv-00601-NKL   Document 29   Filed 11/20/18   Page 2 of 3

This 20th day of November, 2018.

                                        CHAPMAN AND COWHERD, P.C.

                    By:   */s/ Lauren A. Horsman*
                              Lauren A. Horsman

Page 3 of 3
Case 4:18-cv-00601-NKL   Document 29   Filed 11/20/18   Page 3 of 3