# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JAMES and PHYLLIS SHAFFER, et ux., et al. ) ) ) | |
| Plaintiffs, ) ) | |
| HMC/CAH CONSOLIDATED, INC. ) A **Delaware** corporation**,** ) ) | |
| Nominal Plaintiff ) ) | Case No. 4:18-cv-00601-NKL |
| v. ) ) ) ) | SHAREHOLDER DERIVATIVE COMPLAINT |
| HEALTH ACQUISITION COMPANY LLC, ) et al., ) ) ) | **(Jury Trial Demanded)** |
| **Defendants** ) ) | |

## NOTICE OF DEPOSTION

**Please t**ake notice that Plaintiffs will take the deposition of Lori Gobin, whom Plaintiffs have subpoenaed to testify, on Tuesday, May 14, 2019 at the Wood Law Office, 1600 Genesee St., Suite 455, Kansas City, Mo. 64102 before an officer authorized to administer oaths, between the hours of 10:00 a.m. and 6:00 p.m. and will continue from day-to-day until completed.

Respectfully submitted,

Wood Law Office LLC

By: /s/C. Brooks Wood
C. Brooks Wood, Mo. Bar 24077
1600 Genesee St., Ste. 455
Kansas City, Missouri 64102

1

816-469-5005
bwood@bwoodlawllc.com

Attorney for Plaintiffs

I certify that on this 6th day of May, 2019, I filed the foregoing document electronically with the Clerk of the Court by using the CM/ECF system, a true copy thereby to be furnished to all counsel of record.

/s/C. Brooks Wood

2

Case 4:18-cv-00601-NKL   Document 81   Filed 05/06/19   Page 2 of 2