# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SHAFFER, et ux., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| HMC/CAH Consolidated, Inc., | ) | |
| | ) | |
| Nominal Plaintiff | ) | Case No. 4:18-cv-00601-NKL |
| | ) | |
| v. | ) | |
| | ) | **SHAREHOLDER DERIVATIVE** |
| | ) | **COMPLAINT** |
| HEALTH ACQUISITION COMPANY LLC, et al. | ) | ) |
| | ) | **(Jury Trial Demanded)** |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

This certifies that on August 2, 2019 undersigned counsel for Plaintiffs served Plaintiffs' Second Request for Production of Documents to Defendant Health Acquisition Company LLC and this certificate of service by email to counsel of record for Defendants HAC, Steven White and Paul Nusbaum and on Jorge Perez at APBJAP@GMAIL.COM and said date filed this certificate of service with the clerk of the court using the CM/ECF system for service on all counsel of record.

        Wood Law Office LLC
        By: /s/C. Brooks Wood
        C. Brooks Wood, Mo. Bar 24077
        1600 Genesee St., Ste. 455
        Kansas City, Missouri 64102
        816-469-5005
        bwood@bwoodlawllc.com

1

Attorney for Plaintiffs