# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **KIRK AND DEBBIE HALL** ) | |
| et al. ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **HMC/CAH CONSOLIDATED, INC.** ) | |
| **A Delaware** corporation**,** ) | |
| ) | |
| **Nominal Plaintiff** ) | Case No. 4:18-cv-00601-NKL |
| ) | |
| v. ) | |
| ) | **SHAREHOLDER DERIVATIVE** |
| ) | **COMPLAINT** |
| **HEALTH ACQUISITION COMPANY LLC,** ) | |
| et al., ) | |
| ) | |
| ) | **(Jury Trial Demanded)** |
| **Defendants** ) | |
| ) | |

## NOTICE OF DEPOSTION

**Please t**ake notice that Plaintiffs will take the deposition of Jeff Schoo on Wednesday, January 8, 2020 at the Wood Law Office, 1600 Genesee Street, Suite 455, Kansas City, Mo. 64102 before an officer authorized to administer oaths, between the hours of 9:30 a.m. and 6:00 p.m. and will continue from day-to-day until completed. The deposition will be recorded stenographically.

Respectfully submitted,

Wood Law Office LLC

By: /s/C. Brooks Wood
C. Brooks Wood, Mo. Bar 24077

1

1600 Genesee St., Ste. 455
Kansas City, Missouri 64102
816-469-5005
bwood@bwoodlawllc.com

Attorney for Plaintiffs

I certify that on this 20th day of December, 2019, I filed the foregoing document electronically with the Clerk of the Court by using the CM/ECF system, a true copy thereby to be furnished to all counsel of record, and also emailed the same to counsel for Defendants Mr. Funk and to Mr. Perez at APBJAP@gmail.com.

/s/C. Brooks Wood