IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KIRK AND DEBBIE HALL et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| HMC/CAH CONSOLIDATED, INC. A **Delaware** corporation, | ) ) ) | |
| Nominal Plaintiff | ) ) | Case No. 4:18-cv-00601-NKL |
| v. | ) ) ) ) | **SHAREHOLDER DERIVATIVE COMPLAINT** |
| HEALTH ACQUISITION COMPANY LLC, et al., | ) ) ) ) | |
| Defendants | ) ) | **(Jury Trial Demanded)** |

## NOTICE OF DEPOSTION

**Please t**ake notice that Plaintiffs will take the deposition of James Noble on Friday, February 14, 2020at the law office of Carnahan Evans Cantwell and Brown, 2805 Ingram Mill Road, Springfield, Mo. 65808 before an officer authorized to administer oaths, between the hours of 11:00 a.m. and 5:00 p.m. and will continue from day-to-day until completed. The deposition will be recorded stenographically.

Respectfully submitted,

Wood Law Office LLC

By: /s/C. Brooks Wood
C. Brooks Wood, Mo. Bar 24077

1

1600 Genesee St., Ste. 455
Kansas City, Missouri 64102
816-469-5005
bwood@bwoodlawllc.com

Attorney for Plaintiffs

I certify that on this 5th day of February, 2020, I filed the foregoing document electronically with the Clerk of the Court by using the CM/ECF system, a true copy thereby to be furnished to all counsel of record, and also emailed the same to counsel for Defendants Mr. Funk and to Mr. Perez at APBJAP@gmail.com.

/s/C. Brooks Wood